FILED
CLERK, U.S. DISTRICT COURT
02/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ERNESTO MICHAEL SALGADO HUERTA and<br>DAMIEN ALMOS MARTINEZ,<br><br>　　　　Defendants. | ED CR No. 5:22-cr-00051-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(o)(1): Possession of a Machinegun; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A); 2(a)]

[ALL DEFENDANTS]

　　Beginning on or about June 24, 2021, and continuing through on or about February 1, 2022, in Riverside and San Bernardino Counties, within the Central District of California, defendants ERNESTO MICHAEL SALGADO HUERTA and DAMIEN ALMOS MARTINEZ, neither being licensed as an importer, manufacturer, or dealer of firearms, and each aiding and abetting the other, willfully engaged in the business of dealing in

firearms, specifically, the sales of the following firearms of unknown manufacturer and bearing no legitimate manufacturer's mark or serial number (commonly referred to as "ghost guns"), on or about the following dates:

| Date | Defendant(s) | Firearms |
|---|---|---|
| June 24, 2021 | SALGADO and MARTINEZ | A privately manufactured, Polymer 80, 9mm caliber pistol |
| July 7, 2021 | SALGADO and MARTINEZ | A privately manufactured 9mm caliber semiautomatic pistol |
| July 26, 2021 | SALGADO | Two privately manufactured, Polymer 80, 9mm caliber pistols |
| February 1, 2022 | MARTINEZ | Two privately manufactured, Polymer 80, 9mm caliber pistols |

COUNT TWO

[18 U.S.C. § 922(o)(1); 2(a)]

[ALL DEFENDANTS]

On or about June 24, 2021, in San Bernardino County, within the Central District of California, defendants ERNESTO MICHAEL SALGADO HUERTA and DAMIEN ALMOS MARTINEZ, each aiding and abetting the other, knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), namely, an auto-switch conversion device that was designed and intended for the purpose of converting a Glock-type pistol into a fully-automatic machinegun (also known as a "Glock switch"), which defendants SALGADO and MARTINEZ each knew to be a machinegun.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT SALGADO]

On or about July 15, 2021, in Riverside County, within the Central District of California, defendant ERNESTO MICHAEL SALGADO HUERTA knowingly and intentionally distributed at least fifty grams, that is, approximately 107.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT SALGADO]

On or about July 26, 2021, in San Bernardino County, within the Central District of California, defendant ERNESTO MICHAEL SALGADO HUERTA knowingly and intentionally distributed at least fifty grams, that is, approximately 160 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[18 U.S.C. § 922(o)(1)]

[DEFENDANT MARTINEZ]

On or about February 1, 2022, in San Bernardino County, within the Central District of California, defendant DAMIEN ALMOS MARTINEZ knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), namely, an auto-switch conversion device that was designed and intended for the purpose of converting a Glock-type pistol into a fully-automatic machinegun (also known as a "Glock switch"), which defendant MARTINEZ knew to be a machinegun.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Branch Chief, Riverside Branch Office