STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
COURTNEY N. WILLIAMS (Cal. Bar No. 339301)
Assistant United States Attorneys
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 368-1473
     Facsimile: (951) 276-6202
     E-mail:    Courtney.N.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 22-00051-MCS-1 |
| Plaintiff, | JOINT DISCOVERY STATEMENT |
| v. | Trial Date: September 27, 2022 |
| ERNESTO MICHAEL SALGADO HUERTA, | Trial Time: 8:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Courtney N. Williams, and defendant ERNESTO MICHAEL SALGADO HUERTA, by and through his counsel of record, David M. Dudley, hereby submit a joint discovery statement in the above-captioned case, pursuant to the Initial Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi.

**I.   DISCOVERY STATUS**

   **A.   Discovery Conference**

   1.   On August 22, 2022, the government, through Assistant United States Attorney Courtney N. Williams, and defendant through his counsel David M. Dudley, held the required conference under the Court's standing discovery order in criminal cases.

   **B.   Discovery**

   2.   On August 17, 2022, the Court granted the parties stipulation for a protective order. On August 18, 2022, the government produced discovery in this matter through the USAfx file sharing platform. In a folder labeled "Confidential Information-Subject to Protective Order," the government produced Bureau of Alcohol, Tobacco, Firearms and Explosives reports, defendant's criminal history records, photographs, and video and audio recordings of the controlled purchases, and transcripts. All materials, which the government produced to defendant, were bates stamped USAO_00000001 through USAO_00000821.

   3.   If this matter proceeds to trial, and to the extent additional discoverable materials are obtained by the government, the government will produce such materials to defendant in accordance with the government's continuing discovery obligations, established law, and the Court's order.

**II.  DISPUTES AS TO DISCOVERY**

   4.   There are no disputes as to the discovery produced thus far.  The parties reserve the right to raise discovery issues with the Court if they arise at a later date.

**III. ANTICIPATED MOTIONS**

5. The parties do not anticipate filing any motions at this time but reserve the right to file any motions to be heard at the motion hearing date if the need arises.

**IV. TRIAL DATE**

6. The parties anticipate filing a request for continuance of the September 27, 2022, trial date and September 19, 2022, status conference date.

**V. LENGTH OF TRIAL**

7. The parties anticipate that the trial in this matter, voir dire through closing arguments, will last approximately two to three days. However, the government's investigation is ongoing, and the government may seek to bring additional charges against defendant that may increase this estimate to four to five days.

DATED: August 23, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/S/ *Courtney Williams*
COURTNEY N. WILLIAMS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: August 23, 2022

[/s/ signed with e-mail authorization]

DAVID M. DUDLEY
Attorney for Defendant
ERNESTO MICHAEL SALGADO HUERTA